# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2014

## NO. 03-12-00575-CV

**Helen Janey Chandler, Appellant**

**v.**

**Jeremy Warden Strong, Appellee**

## APPEAL FROM 264TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the order signed by the trial court on July 31, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.